AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Mayra Huerta | ) |
| | ) DR: 26-2594 M |
| | ) |
| *Defendant(s)* | |

FILED
MAY 13 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12th, 2026 _____ in the county of _____ Val Verde _____ in the

_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S. Code § 1324(a)(1)(A)(iii) & (B)(ii) - Harboring Illegal Aliens | knowing and in reckless disregard of the fact that a certain aliens, had come to; entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection and attempted to conceal, harbor, and shield from detection said alien in buildings and other places, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(ii). |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joaquin Chavez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/13/2026 _____

_____
*Judge's signature*

Joseph A. Cordova
United States Magistrate Judge
*Printed name and title*

City and state: _____ Del Rio, Texas _____

Attachment A

On May 10th, 2026, Homeland Security Investigations (HSI) Del Rio was involved in an active investigation in Del Rio Texas regarding human smuggling.  Information led HSI to an area in Del Rio known as "the Vega," which is a adjacent to the Rio Grande river.  Intelligence revealed an individual, a known facilitator of smuggling events, and an address that he was connected to in the local area;  the address was 7593 Vega Verde Rd. Del Rio, Texas.  The address was further confirmed by electronic means as the target residence.

On May 11th, 2026, HSI Del Rio executed a search warrant on the residence located at 7593 Vega Verde Rd. Del Rio, Texas, which is within the Western District of Texas. During the execution of the search warrant, law enforcement officers observed three persons exit the residence, wade across the Rio Grande River and abscond into Mexico. Mayra HUERTA was encountered at the residence at the time of the search warrant. HUERTA was detained by HSI Del Rio as a person of interest for charges including Title 8 U.S.C. 1324 Conspiracy to Harbor Illegal Aliens.   Law enforcement officers also found several weapons and $53,000 in United States currency.

On May 11th and May 12th, 2026, HUERTA was interviewed by HSI Special Agents (SA) and Border Patrol Agents assigned to the Targeting Unit. Information provided by HUERTA in post-*Miranda* interviews included the following. HUERTA stated she lives with her husband, whom she knows is a Mexican national without legal authority to have enter remain in the United States at 7593 Vega Verde Rd. Del Rio, Texas. HUERTA stated she and her husband have lived at that address for approximately two years. HUERTA also stated that her husband's son, and nephew, resided at the residence as well. HUERTA stated her husband's son, and his nephew are also Mexican nationals without legal authority or documentation to have entered or remained in the  United States. Immigration record checks confirm that all three individuals are Mexican nationals without legal status. HUERTA stated she maintains the residence and does not work; she receives money from a prior marriage (child support) and makes money selling items on Facebook marketplace. HUERTA stated that she was responsible for maintaining the household by cleaning and cooking for the residents.