AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

MAY 13 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Mayra Huerta<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>DR: 2U-2594M |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mayra Huerta                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 U.S. Code § 1324(a)(1)(A)(iii) & (B)(ii) - Harboring Illegal Aliens

knowing and in reckless disregard of the fact that a certain aliens, had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection and attempted to conceal, harbor, and shield from detection said alien in buildings and other places, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) & (B)(ii).

Date:    05/13/2026                                          _____
                                                                              *Issuing officer's signature*

City and state:    Del Rio, Texas                          Joseph Cordova,  United States Magistrate Judge
                                                                              *Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)*   05/12/2026   , and the person was arrested on *(date)*   05/12/2026 | |

at *(city and state)*    Del Rio, Texas                .

Date:    05/13/2026                                          _____
                                                                              *Arresting officer's signature*

                                                                              Joaquin Chavez, HSI Special Agent
                                                                              *Printed name and title*